### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE:                                    )        CASE NO: 20-65743-WLH
                                          )
NEHEMIAH ALONZO HEAD, SR.                 )
                                          )
                                          )        CHAPTER 13
         DEBTOR.                          )

### COVER SHEET FOR AMENDMENT TO SCHEDULE J

Schedule J has been amended to reflect current monthly household expenses.

Also included with this amendment are the Amended Summary of Schedules, Amended Statistical Summary and Declaration of Schedules.

Date: July 7, 2020

_____/s_____
Shawn Eisenberg
Georgia Bar # 128077
Eisenberg Law, LLC
Attorney for Debtor
PO Box 683153
Marietta, GA 30068

Fill in this information to identify your case:

Debtor 1: **Nehemiah Alonzo Head, Sr.**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): **20-65743**

Check if this is:
- ■ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   - ■ No. Go to line 2.
   - ☐ Yes. Does Debtor 2 live in a separate household?
      - ☐ No
      - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No
   Do not list Debtor 1 and Debtor 2.  ■ Yes. Fill out this information for each dependent.
   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 3 | ☐ No  ■ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ■ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4. $ 525.00

   If not included in line 4:
   - 4a. Real estate taxes     4a. $ 0.00
   - 4b. Property, homeowner's, or renter's insurance     4b. $ 0.00
   - 4c. Home maintenance, repair, and upkeep expenses     4c. $ 20.00
   - 4d. Homeowner's association or condominium dues     4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans     5. $ 0.00

Official Form 106J                    Schedule J: Your Expenses                    page 1

Debtor 1  Nehemiah Alonzo Head, Sr.                              Case number (if known)  **20-65743**

6. Utilities:
   - 6a. Electricity, heat, natural gas — 6a. $ 150.00
   - 6b. Water, sewer, garbage collection — 6b. $ 50.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 160.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 400.00
8. **Childcare and children's education costs** — 8. $ 400.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 0.00
10. **Personal care products and services** — 10. $ 0.00
11. **Medical and dental expenses** — 11. $ 0.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 225.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 0.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 75.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 375.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: **After school activities** — 21. +$ 135.00
    **NFS car payment** — +$ 579.00

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 3,094.00
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 3,094.00

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 3,470.74
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 3,094.00
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ 376.74

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.  Explain here:

Fill in this information to identify your case:

Debtor 1: Nehemiah Alonzo Head, Sr.
 First Name    Middle Name    Last Name

Debtor 2: 
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number: 20-65743
(if known)

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
**Value of what you own**

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... $ 0.00
   1b. Copy line 62, Total personal property, from Schedule A/B................................................ $ 16,280.00
   1c. Copy line 63, Total of all property on Schedule A/B....................................................... $ 16,280.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D... $ 9,320.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.............. $ 0.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F.......... $ 2,388.00

   **Your total liabilities** $ 11,708.00

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I................................................ $ 3,470.74

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J..................................................... $ 3,094.00

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**
   ■ Your debts are primarily consumer debts. Consumer debts are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   
   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Debtor 1  Nehemiah Alonzo Head, Sr.                                    Case number (if known) 20-65743

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.        $ 5,429.73

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Nehemiah Alonzo Head, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | **20-65743** | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  **/s/ Nehemiah Alonzo Head, Sr.**                    X  _____
   **Nehemiah Alonzo Head, Sr.**                            Signature of Debtor 2
   Signature of Debtor 1

   Date  **July 7, 2020**                                  Date

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 20-65743-WLH |
| | ) | |
| NEHEMIAH ALONZO HEAD, SR. | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Amended Schedule J, Amended Summary of Schedules, Amended Statistical Summary and Amended Declaration of Debtor's Schedules, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Nancy J Whaley (served via ECF)
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Nehemiah Alonzo Head, Sr.
45 Trelawney Avenue
Covington, GA 30016


SEE ATTACHED FOR ADDITIONAL CREDITORS

Date: July 7, 2020

_____/s_____
Shawn Eisenberg
Georgia Bar # 128077
Eisenberg Law, LLC
Attorney for Debtor
PO Box 683153
Marietta, GA 30068

```
Label Matrix for local noticing          (p)1ST FRANKLIN FINANCIAL CORPORATION    (p)AUTOMOBILE ACCEPTANCE CORPORATION
113E-1                                   PO BOX 880                                PO BOX 961926
Case 20-65743-wlh                        TOCCOA GA 30577-0880                      RIVERDALE GA 30296-6914
Northern District of Georgia
Atlanta
Tue Jul  7 11:01:54 EDT 2020

Credit One Bank Na                       Shawn J. Eisenberg                        Enhanced Recovery Co L
Po Box 98875                             Eisenberg Law, LLC                        8014 Bayberry Rd
Las Vegas, NV 89193-8875                 P. O. Box 683153                          Jacksonville, FL 32256-7412
                                         Marietta, GA 30068-0053


First Premier Bank                       (p)GEORGIA DEPARTMENT OF REVENUE          Nehemiah Alonzo Head Sr.
3820 N Louise Ave                        COMPLIANCE DIVISION                       45 Trelawney Avenue
Sioux Falls, SD 57107-0145               ARCS BANKRUPTCY                           Covington, GA 30016-6833
                                         1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202

Internal Revenue Service                 LVNV Funding, LLC                         Lvnv Funding Llc
PO Box 7346                              Resurgent Capital Services                C/o Resurgent Capital Services
Philadelphia, PA 19101-7346              PO Box 10587                              Greenville, SC 29602
                                         Greenville, SC 29603-0587


Nwide Recvry                             (p)PHOENIX FINANCIAL SERVICES LLC         Pinnacle Credit Services, LLC
3000 Kellway Dr                          PO BOX 361450                             Resurgent Capital Services
Carrollton, TX 75006-3305                INDIANAPOLIS IN 46236-1450                PO Box 10587
                                                                                   Greenville, SC 29603-0587


Pinnacle Llc/resurgent                   Premier Bankcard, Llc                     Quantum3 Group LLC as agent for Cascade Capi
Po Box 1269                              Jefferson Capital Systems LLC Assignee    PO Box 788
Greenville, SC 29602-1269                Po Box 7999                               Kirkland, WA 98083-0788
                                         Saint Cloud Mn 56302-7999


Security Fin                             UNITED AUTO ACCEPTANCE                    United States Attorney
C/o Security Finance                     P. O. BOX 926                             Northern District of Georgia
Spartanburg, SC 29304                    MORROW, GA 30260-0926                     75 Ted Turner Drive SW, Suite 600
                                                                                   Atlanta GA 30303-3309


Us Dept Of Ed/glelsi                     Wells Fargo Bank                          Nancy J. Whaley
Po Box 7860                              Po Box 14517                              Nancy J. Whaley, Standing Ch. 13 Trustee
Madison, WI 53707-7860                   Des Moines, IA 50306-3517                 303 Peachtree Center Avenue
                                                                                   Suite 120, Suntrust Garden Plaza
                                                                                   Atlanta, GA 30303-1216
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
1st Franklin                             Automobile Acceptance                     Georgia Department of Revenue
135 E Tugalo Street                      749 Main St                               Bankruptcy Division
Toccoa, GA 30577                         Riverdale, GA 30274                       Post Office Box 161108
                                                                                   Atlanta, GA 30321
```

Phoenix Financial Serv
8902 Otis Ave Ste 103a
Indianapolis, IN 46216

(d) Uaa
Pob 960068
Riverdale, GA 30296

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23